RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jesus Manuel Lopez-Villanueva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MANUEL LOPEZ-VILLANUEVA,<br><br>　　　　Defendant. | Case No. 2:24-cr-00145-RFB-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jesus Manuel Lopez-Villanueva, that the Sentencing Hearing currently scheduled on October 16, 2024, at 3:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than December 2, 2024.

The Stipulation is entered into for the following reasons:

1.　The defendant recently completed his presentence investigation report. Although probation has stated that it can complete the report by the current deadline, it will provide them additional time to complete the report and for defense counsel to review the report with Mr. Lopez-Villanueva.

2. Additionally, defense counsel requires additional time to gather mitigation information.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 6th day of September 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|   /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |   /s/ Lauren Ibanez<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESUS MANUEL LOPEZ-VILLANUEVA,<br><br>　　　　Defendant. | Case No. 2:24-cr-00145-RFB-MDC<br><br>**ORDER** |

　　　Based on the stipulation and good cause appearing:

　　　IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, October 16, 2024, at 3:30 p.m., be vacated and continued to December 3, 2024 at 9:15 a.m.

　　　DATED this 9th day of September 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE