RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jesus Manuel Lopez-Villanueva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00145-RFB-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| JESUS MANUEL LOPEZ-VILLANUEVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jesus Manuel Lopez-Villanueva, that the Sentencing Hearing currently scheduled on December 3, 2024, at 9:15 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than March 2025.

The Stipulation is entered into for the following reasons:

1. Defense counsel will be on family leave from November through approximately February.

2. Additional time is needed to review the presentence investigation report with Mr. Lopez, gather mitigation documents, and prepare a sentencing memorandum.

3. Additionally, defense counsel requires additional time to gather mitigation information.

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 31st day of October 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Raquel Lazo<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | /s/ Lauren Ibanez<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MANUEL LOPEZ-VILLANUEVA,<br><br>　　　　Defendant. | Case No. 2:24-cr-00145-RFB-MDC<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing:

　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 3, 2024, at 9:15 a.m., be vacated and continued to March 11, 2025 at 9:15 a.m..

　　DATED this 3rd day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE