RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jesus Manuel Lopez-Villanueva

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS MANUEL LOPEZ-VILLANUEVA,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00145-RFB-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jesus Manuel Lopez-Villanueva, that the Sentencing Hearing currently scheduled on March 11, 2025, at 9:15 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel recently returned from family leave. Defense counsel requires additional time to meet with Mr. Lopez to discuss his upcoming sentencing hearing.

　　　　2.　　Additionally, defense counsel requires additional time to file a sentencing memorandum on behalf of Mr. Lopez. Defense counsel has three other sentencing hearings

scheduled the same week as Mr. Lopez's hearing. All of these require sentencing memorandums to be filed.

      3.      The defendant is not incarcerated and does not object to the continuance.

      4.      The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 25th day of February 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>United States Attorney |
|    */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Lauren Ibanez*<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00145-RFB-MDC |
| Plaintiff, | **ORDER** |
| v. | |
| JESUS MANUEL LOPEZ-VILLANUEVA, | |
| Defendant. | |

    Based on the stipulation and good cause appearing:

    IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, March 11, 2025, at 9:15 a.m., be vacated and continued **May 8, 2025 at 8:15 a.m.**

DATED February 26, 2025

_____
UNITED STATES DISTRICT JUDGE